PER CURIAM.

(No. 74-CC-390—Claimant ▮▮▮▮▮▮▮▮

AVALON BUILDING MAINTENANCE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 25, 1974.*

AVALON BUILDING MAINTENANCE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-401—Claimant ▮▮▮▮▮▮▮▮

HAROLD L. DAVENPORT, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 25, 1974.*

HAROLD L. DAVENPORT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.